IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr07-MHT** |
| | ) | **(WO)** |
| **DEMETRISS SANTELL POTTS** | ) | |

**ORDER**

It is ORDERED that defendant Demetriss Santell Potts's Motions for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582 (AMENDMENT 782) (doc. nos. 49 & 50) are referred to the Retroactivity Screening Panel for recommendation.

DONE, this the 3rd day of August, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**