IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr07-MHT** |
| | ) | **(WO)** |
| **DEMETRISS SANTELL POTTS** | ) | |

**ORDER**

It is ORDERED that the motion for status (doc. no. 54) is granted to the extent that defendant Demetriss Santell Potts is informed that his motions for sentence reduction (doc. nos. 49, 50, & 51) will be handled in due course along with many other similar motions from other defendants.

DONE, this the 5th day of February, 2016.

　　　　　　　　　　　　　　　　___/s/ Myron H. Thompson_____
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**