IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )   CRIMINAL ACTION NO.
     v.                       )        2:12cr7-MHT
                              )            (WO)
DEMETRISS SANTELL POTTS       )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today, and after an independent and de novo review of the record, it is ORDERED that defendant Demetriss Santell Potts's motions for a reduction of sentence pursuant to 18

U.S.C. § 3582(c)(2) (doc. nos. 49, 50, 51) are denied. Defendant Potts is ineligible for a sentence reduction because his sentence was based on the career offender guideline, which was not affected by Amendment 782.

DONE, this the 22nd day of November, 2019.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**