IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr7-MHT** |
| | ) | **(WO)** |
| **DEMETRISS SANTELL POTTS** | ) | |

## ORDER

The court has received a letter from defendant Demetriss Santell Potts (Doc. 87) in which he states that on September 24, 2021, he mailed the court a reply to the government's response (Doc. 79) to his motion for compassionate release (Doc. 73). The court has no record of receiving the defendant's reply brief. Therefore, the court will give the defendant an opportunity to file a new reply to the government's response to his motion for compassionate release, after which the court will issue its decision on the motion.

***

Accordingly, it is ORDERED that defendant Demetriss Santell Potts may file a reply to the government's

response (Doc. 79) to his motion for compassionate release by March 17, 2022.

DONE, this the 24th day of February, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**