**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:12cr7-MHT** |
| | ) | **(WO)** |
| **DEMETRISS SANTELL POTTS** | ) | |

**ORDER GRANTING MOTION FOR SENTENCE REDUCTION**

This case is before the court on defendant Demetriss Santell Potts's supplemental motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. 106). The parties agree, and the court finds, that Potts, who has extremely serious medical problems, meets all requirements for relief under § 3582(c)(1)(A)(i) for the reasons set forth in the supplemental motion and in the parties' notice of agreement (Doc. 108). Having considered the relevant factors under 18 U.S.C. § 3553(a), the court is of the opinion that the motion for sentence reduction should be granted.

The parties agree that Potts's release should be delayed for 60 days to allow the Federal Medical Center

Butner's social worker to complete necessary advanced transitional discharge planning so there will be no interruption in Potts's life-sustaining medical care when he is released.  *See* Community Release Planning Guidelines for Social Work, Federal Bureau of Prisons Clinical Practice Guidelines (October 2014) (Doc. 106-10).  The court finds this request is prudent and will delay the effective date of the sentencing reduction accordingly.

Finally, due to Potts's extremely poor health and the distance from his future home to any probation office, the parties and probation department agreed that no supervision is necessary, or that, at the most, a short period on essentially "unsupervised" supervised release would be appropriate.  Counsel for Potts has since informed the court that he would prefer a six-month period of "unsupervised" supervised release.  Accordingly, the court will reduce the supervised release term from four years to six months, and the supervised release will be "unsupervised."

Additionally, the court will eliminate the previously imposed special conditions of supervised release, which include substance abuse treatment, vocational training, full-time employment, and search and seizure pursuant to the court's search policy. *See* Judgment (Doc. 43 at 4).

***

Accordingly, and so that the Bureau of Prisons will have adequate time to complete critically needed discharge planning for the defendant before his release, it is ORDERED that:

(1) The supplemental motion for a sentence reduction (Doc. 106) is granted.

(2) Defendant Demetriss Santell Potts's sentence is reduced to time served, effective as of April 29, 2025, with six months of supervised release to follow.

(3) The supervised release term shall be "unsupervised," and all special conditions of supervised release in the judgment (Doc. 43) are

rescinded.

(4) All other motions are denied as moot.

The clerk of court shall immediately fax and/or email a copy of this order to the Warden of the Federal Medical Facility Butner and to Ms. Cleo Bell, Social Worker, at the Federal Medical Facility Butner.

DONE, this the 27th day of February, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**